IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WANG L. SIMMONS                                                                                       PLAINTIFF

V.                                        CASE NO.  4:11CV00201 JMM

NORTH POINT NISSAN                                                                         DEFENDANT

ORDER

For good cause shown, Plaintiff's Motion to Amend and Motion to Stay are granted (#21 and #22).  The Clerk of the Court is directed to file Plaintiff's Amended Complaint and Plaintiff shall have up to, and including, September 17, 2011, to complete discovery and up to, and including, October 14, 2011, to file a response to the pending motion.

IT IS SO ORDERED THIS   15    day of    June   , 2011.

James M. Moody
United States District Judge