IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WANG L. SIMMONS**                                                                                          **PLAINTIFFS**

**VS.**                          **CASE NO. 4:11CV00201 JMM**

**NORTH POINT NISSAN**                                                                                  **DEFENDANT**

### ORDER

Plaintiff's unopposed Motion for Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41 is granted (#37). The complaint is dismissed without prejudice, all pending motions are dismissed as moot and the Clerk of the Court is directed to close the case. Each party is to bear their own costs.

IT IS SO ORDERED THIS  11   day of   January  , 2012.

_____
James M. Moody
United States District Court